IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFF JASSBY** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 2:06cv5901** |
| **EXTREME MOTOR SPORTS OF NEW ORLEANS, LLC and DAVID RICHARD, INDIVIDUALLY** | **DEFENDANTS** |

### VERIFIED APPLICATION FOR ADMISSION *PRO HAC VICE*

**COMES NOW** Zach Butterworth, attorney for Plaintiff, Jeff Jassby, and moves the Court, pursuant to Local Rule 83.2.6E, for the admission of Gary M. Yarborough, Jr. to the bar of this court, *pro hac vice*, as co-counsel for Plaintiff, Jeff Jassby. In support of this motion, the undersigned would show the Court the following:

1. The proposed admittee is an attorney with the law firm of Hesse & Butterworth, PLLC located at 841 Highway 90, Bay Saint Louis, Mississippi 39520, whose telephone number is (228) 466-0020 and whose facsimile number is (228) 466-0550. The proposed admittee is a member in good standing of the Bar of the State of Mississippi and the United States District Court for the Southern District of Mississippi. A true and correct copy of the proposed admittee's Certificate of Good Standing from the United States District Court for the Southern District of Mississippi is attached hereto as Exhibit "A".

2. Pursuant to Local Rule 83.2.6E, the proposed admittee states that no disciplinary proceedings or criminal charges have been instituted against him. The proposed admitted has not made any *pro hac vice* applications to this Court.

WHEREFORE, the undersigned moves the Court for an Order admitting Gary M. Yarborough, Jr. to the bar of this Court, *pro hac vice*, as co-counsel for Plaintiff, Jeff Jassby.

Respectfully submitted,

By: _____
**Zach Butterworth (LA Bar No. 3735)**

**OF COUNSEL:**
**HESSE & BUTTERWORTH, PLLC**
841 Highway 90
Bay Saint Louis, MS 39520
Tel. (228) 466-0020
Fax. (228) 466-0550

## DECLARATION

Pursuant to 28 U.S.C. Section 1746, I, the undersigned, declare under penalty of perjury that the foregoing averments set forth in the Verified Application for Admission *Pro Hac Vice* are true and correct.

Executed on this the ___5TH___ day of April, 2007.

_____
GARY M. YARBOROUGH, JR.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served by First Class United States Mail, properly addressed and postage prepaid to the following counsel:

Patrick S. McGoey
William P. Gibbens
Schonekas, Winsberg, Evans & McGoey, LLC
Poydras Center
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel. (504) 680-6050

ATTORNEYS FOR DEFENDANTS,
EXTREME MOTOR SPORTS OF NEW ORLEANS, LLC
and DAVID RICHARD

ON THIS the _5th_ day of April, 2007.

_____
Zach Butterworth