# EXHIBIT "A"

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN           DISTRICT OF           MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, __J. T. NOBLIN__, Clerk of this Court,

certify that __Gary M. Yarborough, Jr.__, Bar # __102310__,

was duly admitted to practice in this Court on

__October 11, 2006__, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at __Jackson, Mississippi__ on __March 13, 2003__.
        LOCATION                              DATE


J. T. NOBLIN                    *Katherine H. Alexander*
CLERK                           DEPUTY CLERK